# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VINCENT LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-5-M |
| | ) | |
| CAPTAIN WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 26, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this action be dismissed without prejudice to refiling for plaintiff's failure to prosecute his case and to comply with this Court's orders and applicable rules. Specifically, the Magistrate Judge found that plaintiff failed to cure multiple deficiencies in his Complaint and to provide specific responses to questions in his *in forma pauperis* application and has not provided a prison-account statement that is certified by an appropriate prison official. Plaintiff was advised of his right to file an objection to the Report and Recommendation on or before June 16, 2017. On June 15, 2017, plaintiff filed his *in forma paupris* application with a prison-account statement that was certified by a prison official, but failed to file an objection or an amended complaint.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 13] issued by the Magistrate Judge on May 26, 2017; and

(2) DISMISSES this matter without prejudice for plaintiff's failure to cure deficiencies in his Complaint.

**IT IS SO ORDERED this 11th day of July, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE